**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GEMINI INSURANCE COMPANY, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-1044 |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. B0973MA1305152 ISSUED THROUGH THE OFFICES OF OSPREY UNDERWRITING AGENCY LIMITED, | § § § § § § § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO DISMISS IN FAVOR OF ARBITRATION**

For the reasons stated in detail in this court's Order Dissolving the Temporary Restraining Order and Denying the Application for Preliminary Injunction, (Docket Entry No. 10), the court now grants Lloyd's Underwriters' motion to dismiss in favor of arbitration in England. (Docket Entry No. 11). This action is dismissed without prejudice to Gemini's right to assert these claims in an English arbitration proceeding under the Law and Practice Clause in the Osprey insurance agreement.

SIGNED on May 2, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge